IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear as counsel for the Plaintiffs in the cases listed on Exhibit A, attached.

Dated:  March 24, 2026

Respectfully submitted,

*/s/ Daryl J. Douglas*
Douglas J. Douglas, MO Bar No. #39637
WAGSTAFF & CARTMELL LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 – fax
ddouglas@wcllp.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 24th day of March 2026 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and service using the CM/ECF system.

*/s/ Daryl J. Douglas*
Daryl J. Douglas
*Attorney for Plaintiff*